# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO.  03-20-00165-CV

**R. P., Appellant**

**v.**

**John Picone, Appellee**

FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-20-000644, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 1, 2020.  On July 28, 2020, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 7, 2020, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Prosecution

Filed:   October 2, 2020